**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

SAUL EWING LLP
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

- and -

BINDER MALTER HARRIS & ROME-BANKS LLP
Julie Rome-Banks, Esquire (admitted *pro hac vice*)
1625 The Alameda, Suite 101
San Jose, CA  95126
Office: (408) 295-1700
julie@bindermalter.com

*Counsel for DFDJ Sugar Bear, Inc.*

| | |
|---|---|
| In re:<br><br>PECF USS INTERMEDIATE HOLDING II CORP,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 25-23631 (MBK) |

### WITHDRAWAL OF OBJECTION TO CURE AMOUNT BY CREDITOR
### AND LESSOR DFDJ SUGAR BEAR, INC. [CASE NO. 25-23630-MBK, D.I. 446]

Pursuant to paragraph 7 of the *Stipulation Between United Site Services Of California, Inc. And DFDJ Sugar Bear, Inc. Regarding Assumption Of 3200-3408 Hillcap Avenue Lease* (D.I. #62, the "Stipulation"), between (a) United Site Services of California, Inc. as Lessee, and (b) DFDJ Sugar Bear, Inc. as Lessor, Lessee has delivered to Lessor the stipulated cure payments required by paragraph 1 of the Stipulation.

---

[1] The last four digits of the Reorganized Debtor PECF USS Intermediate Holding II Corporation's tax identification number are 9019.  RECF USS Intermediate Holding II Corporation's chapter 11 case was previously jointly administered under the case of United Site Services, Inc. , Case No.  25-23630 (MBK). The location of PECF USS Intermediate Holding II Corporation's service address in this chapter 121 case is: 2487 W Navigator Drive, Ste. 300, Meridian, ID 83642.

Accordingly, Lessor hereby withdraws the *Objection to Cure Amount by Creditor and Lessor DFDJ Sugar Bear, Inc.* [Case No. 25-23630-MBK, D.I. 446], without prejudice to enforcing the Stipulation and without prejudice to enforcing the terms of the Lease[2] as to defaults that may have arisen or may arise after the assumption of the Lease.  All other terms and conditions of the Stipulation remain in full force and effect.

Dated:  July 15, 2026

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

- and -

BINDER MALTER HARRIS & ROME-BANKS LLP
Julie Rome-Banks, Esquire (*pro hac vice* forthcoming)
1625 The Alameda, Suite 101
San Jose, CA  95126
Office: (408) 295-1700
julie@bindermalter.com

*Counsel for DFDJ Sugar Bear, Inc.*

---

[2] All capitalized terms have the same meaning as set forth in the Stipulation unless otherwise stated herein.

2