**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

SAUL EWING LLP
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

- and -

BINDER MALTER HARRIS & ROME-BANKS LLP
Julie Rome-Banks, Esquire (admitted *pro hac vice*)
1625 The Alameda, Suite 101
San Jose, CA  95126
Office: (408) 295-1700
julie@bindermalter.com

*Counsel for DFDJ Sugar Bear, Inc.*

In re:

PECF USS INTERMEDIATE HOLDING II CORP,[3]

Debtors.

Chapter 11

Case No. 25-23631 (MBK)

Jointly Administered

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I did cause the foregoing *WITHDRAWAL OF OBJECTION TO CURE AMOUNT BY CREDITOR AND LESSOR DFDJ SUGAR BEAR, INC. [CASE NO. 25-23630-MBK, D.I. 446]* to be filed via the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

---

[3]     The last four digits of the Reorganized Debtor PECF USS Intermediate Holding II Corporation's tax identification number are 9019.  RECF USS Intermediate Holding II Corporation's chapter 11 case was previously jointly administered under the case of United Site Services, Inc. , Case No.  25-23630 (MBK). The location of PECF USS Intermediate Holding II Corporation's service address in this chapter 121 case is: 2487 W Navigator Drive, Ste. 300, Meridian, ID 83642.

58255111.2 07/15/2026

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

4

58255111.2 07/15/2026