**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PECF USS INTERMEDIATE HOLDING II CORP.,** | **Case No. 25- 23631 (MBK)** |
| **Reorganized Debtor.** [1] | |

**GLOBAL NOTES AND STATEMENT OF LIMITATION,**
**METHODOLOGY, AND DISCLAIMERS REGARDING**
**THE POST-CONFIRMATION REPORT FOR Q2 2026**

On December 29, 2025, each of the now-Reorganized Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**"). On February 27, 2026, the Bankruptcy Court confirmed the *Second Amended Joint Prepackaged Plan of Reorganization of United Site Services, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 344, Ex. A] (as amended or supplemented from time to time, the "**Plan**").[2] The Effective Date of the Plan occurred on March 3, 2026. Further information regarding these Chapter 11 Cases, court filings, and claims information is available at the website maintained by the Reorganized Debtors' claims and noticing agent: https://www.veritaglobal.net/uss.

The following notes and limitations pertain to and are incorporated by reference in, and comprise an integral part of, the attached post-confirmation report (the "**PCR**"), and should be referred to and considered in connection with any review thereof.

1. **Basis of Presentation**. The Reorganized Debtors prepared the PCR with the assistance of their advisors and professionals and are filing it solely for purposes of complying with the reporting requirements applicable in the Chapter 11 Cases. There can be no assurance that such information is complete, and the PCR may be subject to revision.

   This PCR is unaudited, limited in scope, and has not been prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder, but has been prepared in accordance with ac-

---

[1]   On April 16, 2026, the Court entered the *Final Decree Closing Certain of the Chapter 11 Cases*, which closed all of the Reorganized Debtors' cases except that of the above-captioned Reorganized Debtor (the "**Remaining Debtor**"). The last four digits of the tax identification number of the Remaining Debtor are 5368. A complete list of the Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), with each one's tax identification number, principal office address and former names and trade names, is available on the website of the Reorganized Debtors' noticing agent at www.veritaglobal.net/USS. The location of the principal place of business of the Remaining Debtor, and its service address for these Chapter 11 Cases is 2487 W Navigator Drive, Ste. 300, Meridian, ID 83642.

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

counting principles generally accepted in the United States of America ("**U.S. GAAP**") (except that the PCR does not include all information and footnotes required by U.S. GAAP)

The Reorganized Debtors and their agents, advisors, attorneys, and other professionals undertake no responsibility to indicate variations from securities laws, other laws, or U.S. GAAP herein, or for any evaluations of the Reorganized Debtors based on this financial information or any other information. This information has not been subjected to audit procedures that would typically be applied to financial information presented in accordance with U.S. GAAP or any other recognized financial reporting framework, and upon application of such procedures, the presented financial information could be subject to material changes. The PCR is not intended to reconcile any financial statements otherwise prepared or distributed by, or for, the Reorganized Debtors. Each signatory to the PCR has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Reorganized Debtors and their agents, advisors, attorneys, and other professionals. Each signatory has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the PCR.

The financial information contained herein is presented in accordance with the Reorganized Debtors' books and records without, among other things, all adjustments or reclassification that may be necessary or typical with respect to consolidating financial statements or SEC reporting purposes or in accordance with U.S. GAAP.

2. **Reporting Period**. Unless otherwise noted, the PCR reflects the Reorganized Debtors' books and records and financial activity occurring during the applicable reporting period for the PCR (the "**Reporting Period**"). The PCR reports activity from April 1, 2026, through April 16, 2026 for all cases closed on April 16, 2026. The PCR report for PECF USS Intermediate Holding II Corp. reports activity from April 1, 2026 through June 30, 2026. The PCR presents the Reorganized Debtors' best estimates for the Reporting Period, but there can be no assurance that such information is complete, and the PCR may be subject to material amendment, modification, or supplement. These notes and limitations should be referred to, and referenced in connection with, any review of the PCR, of which they comprise an integral and material part.

3. **Use of Information**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. The PCR should not be used or relied upon for any other purpose, including for information relating to the Reorganized Debtors' current or future financial condition or performance or for purchasing, selling, or transferring the claims against or equity interest in the Reorganized Debtors.

4. **Intercompany Balances**. Cash is received and disbursed by the Reorganized Debtors consistent with the Reorganized Debtors' historical cash management practices, as described in the *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing (A) the Debtors to Maintain their Existing Cash Management System, Bank Accounts, and Business Forms, (B) the Debtors to Open and Close Bank Accounts, and (C) Financial Institutions to Administer the Bank Accounts and Honor and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims* [Docket No. 7]. As a result of the Reorganized Debtors' cash management practices, intercompany balances

are created between United Site Services, Inc., and other Reorganized Debtor entities related to cash received and cash disbursed on behalf of other Reorganized Debtor entities. In addition to intercompany balances created from cash management practices, the Reorganized Debtors also generate intercompany balances from the allocation of expenses paid by United Site Services, Inc. to the Reorganized Debtor entities receiving the benefit for those expenses. Expense allocations between entities are estimated in a systematic and rational manner based on the nature of the expense. Estimates of disbursements for each Reorganized Debtor are determined using the Reorganized Debtors' best reasonable efforts and are reflective of allocations made for expenses paid on behalf of each Reorganized Debtor.

5. **Reservation of Rights**. Although the Reorganized Debtors and their advisors made reasonable efforts to ensure that the PCR is as accurate and complete as possible under the circumstances and based on information available at the time of preparation, inadvertent errors or omissions may have occurred. The Reorganized Debtors hereby reserve all rights to dispute the nature, amount, validity, status, enforceability, or executory natures of any claim, agreement, representation, or other statement set forth in this PCR. Further, the Reorganized Debtors reserve the right to amend or supplement the PCR in all respects, as they deem necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this PCR shall constitute a waiver of the Reorganized Debtors' rights or an admission of any kind with respect to these Chapter 11 Cases or any claim of or against any Reorganized Debtor. The Reorganized Debtors, on behalf of themselves, their officers, employees, agents, attorneys, and financial and other advisors disclaim any liability to any third party arising out of or related to the information contained in the PCR and reserve all rights with respect thereto.

6. **Specific Disclosures**.

**Notes to Part 1**:

- Each cash disbursement has been allocated to the applicable legal entity based on the allocation methodology used for prior MORs and PCRs, which had allocated each cash disbursement based on the purpose and nature of the disbursement. Payments on account of certain non-recurring expenses, such as payments on account of funded debt obligations, have been allocated to the specific legal entities that made such payments. This approach provides, to the best of the Company's reporting capabilities, an accurate representation of the costs attributable to each legal entity.

- Cash disbursements include payments made on behalf of the Company. Accordingly, amounts paid from the Professional Fee Escrow Account are included in total cash disbursements of United Site Services, Inc. Reported disbursements include all payments made to professionals from the Professional Fee Escrow Account, including disbursements made after April 16, 2026 (the date of the final decree for United Site Services, Inc.)

**Notes to Part 2**

- Professional fees for the current quarter include fees and expenses incurred prior to confirmation and paid during the Reporting Period.

- Cumulative professional fees reflect payments of fees and expenses incurred prior to confirmation and paid between the petition date and the end of the current Reporting Period.

- All payments from the Professional Fee Escrow Account made during the quarter are reflected in Part 2 of the United Site Services, Inc. PCR.

**Notes to Part 3**:

- Deficiency claims are reported within the general unsecured claims category. Secured claims are presented at their allowed secured claim amount in accordance with the Plan.  The statistics for general unsecured claims include all deficiency claims, claims arising from unsecured funded debt, and a single rejected lease, and excludes trade claims paid in the ordinary course.

- The statistics for administrative claims reflect only claims administered through the Chapter 11 process (i.e., DIP facility claims and professional fees) and exclude trade claims paid in the ordinary course of business.