**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re*<br><br>**PECF USS INTERMEDIATE HOLDING II CORPORATION,**<br><br>Remaining Debtor. [1] | Case No. 25-23631 (MBK)<br><br>Chapter 11<br><br>(Formerly Jointly Administered Under Case No. 25-23630 (MBK)) |

**CERTIFICATE OF SERVICE**

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Remaining Debtor in the above-captioned case.

On July 23, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Post-Confirmation Report for PECF USS Intermediate Holding II Corporation for the Quarter Ending June 30, 2026** [Docket No. 68]

- **Post-Confirmation Report for United Site Services, Inc. for the Quarter Ending June 30, 2026** [Docket No. 69]

- **Post-Confirmation Report for Johnny on the Spot, LLC for the Quarter Ending June 30, 2026** [Docket No. 70]

- **Post-Confirmation Report for Northeast Sanitation, Inc. for the Quarter Ending June 30, 2026** [Docket No. 71]

- **Post-Confirmation Report for PECF USS Intermediate Holding III, LLC for the Quarter Ending June 30, 2026** [Docket No. 72]

- **Post-Confirmation Report for Portable Holding, LLC for the Quarter Ending June 30, 2026** [Docket No. 73]

- **Post-Confirmation Report for Portable Intermediate Holding Corporation for the Quarter Ending June 30, 2026** [Docket No. 74]

---

[1]   The last four digits of the tax identification number of PECF USS Intermediate Holding II Corporation are 5368. A complete list of the Reorganized Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), with each one's tax identification number, principal office address and former names and trade names, is available on the website of the Reorganized Debtors' noticing agent at https://www.veritaglobal.net/USS. The location of the principal place of business of United Site Services, Inc., and the Reorganized Debtors' service address for these Chapter 11 Cases is 2487 W Navigator Drive, Suite 300, Meridian, ID 83642.

- **Post-Confirmation Report for Portable Intermediate Holding II Corporation for the Quarter Ending June 30, 2026** [Docket No. 75]

- **Post-Confirmation Report for Russell Reid Waste Hauling and Disposal Service Co., Inc. for the Quarter Ending June 30, 2026** [Docket No. 76]

- **Post-Confirmation Report for United Site National Services Company for the Quarter Ending June 30, 2026** [Docket No. 77]

- **Post-Confirmation Report for United Site Services Northeast, Inc. for the Quarter Ending June 30, 2026** [Docket No. 78]

- **Post-Confirmation Report for United Site Services of California, Inc. for the Quarter Ending June 30, 2026** [Docket No. 79]

- **Post-Confirmation Report for United Site Services of Colorado, Inc. for the Quarter Ending June 30, 2026** [Docket No. 80]

- **Post-Confirmation Report for United Site Services of Florida, LLC for the Quarter Ending June 30, 2026** [Docket No. 81]

- **Post-Confirmation Report for United Site Services of Louisiana, Inc. for the Quarter Ending June 30, 2026** [Docket No. 82]

- **Post-Confirmation Report for United Site Services of Maryland, Inc. for the Quarter Ending June 30, 2026** [Docket No. 83]

- **Post-Confirmation Report for United Site Services of Mississippi, LLC for the Quarter Ending June 30, 2026** [Docket No. 84]

- **Post-Confirmation Report for United Site Services of Nevada, Inc. for the Quarter Ending June 30, 2026** [Docket No. 85]

- **Post-Confirmation Report for United Site Services of Texas, Inc. for the Quarter Ending June 30, 2026** [Docket No. 86]

- **Post-Confirmation Report for USS Ultimate Holdings, Inc. for the Quarter Ending June 30, 2026** [Docket No. 87]

- **Post-Confirmation Report for Vortex Holdco, LLC for the Quarter Ending June 30, 2026** [Docket No. 88]

-- 3 --

- **Post-Confirmation Report for Vortex Opco, LLC for the Quarter Ending June 30, 2026** [Docket No. 89]

Dated: August 2, 2026

*/s/ Esmeralda Aguayo*
Esmeralda Aguayo
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**United States Trustee**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Samantha S. Lieb & Jeffrey M. Sponder | Samantha.Lieb2@usdoj.gov; jeffrey.m.sponder@usdoj.gov |

In re PECF USS Intermediate Holding II Corporation,
Case No. 25-23631 (MBK)                    Page 1 of 1