<table>
<tr><td>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>McCreary, Veslelka, Bragg & Allen, P.C.<br>Jessica L. Cousineau<br>Texas State Bar Number 00790358<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269<br>Telephone: (512) 323-3241<br>Fax: (512) 323-3205<br>Email: jparsons@mvbalaw.com<br>Counsel to Tax Appraisal District of Bell County, Calhoun County Appraisal District and The County of Hays, Texas</td><td>Chapter 11<br><br>Case No. 25-23631 (MBK)</td></tr>
<tr><td>In re:<br><br>PECF USS INTERMEDIATE HOLDINGS II CORP., Reorganized Debtor.[1]</td><td></td></tr>
</table>

**REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

The following Texas Ad Valorem Creditors hereby request service of all notices and other documents in which notice is required under 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9013:

Tax Appraisal District of Bell County
Calhoun County Appraisal District
The County of Hays, Texas

Said creditors request that such notice be given electronically to:

Jessica L. Cousineau
McCreary, Veselka, Bragg, & Allen, P.C.
Physical address: 700 Jeffrey Way, Suite 100, Round Rock, TX 78665
Mailing address: P.O. Box 1269, Round Rock, TX78680-1269
Direct telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com

---

[1] The last four digits of Reorganized Debtor PECF USS Intermediate Holding II Corporation's tax identification number are 9019. PECF USS Intermediate Holding Corporation's chapter 11 case was previously jointly administered under the case of United Site Services, Inc., Case No. 25-23630 (MBK). The location of PECF USS Intermediate Holding II Corporation's service address in this chapter 11 case is: 2487 W. Navigator Drive, 34d Floor, Meridian, ID 83642.

Dated: August 31, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG &
ALLEN, P.C.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau
Oregon Bar No. 012374
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email:
jessica.cousineau@mvbalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I have served or caused to be served through the Court's CM/ECF electronic notification system, a true and correct copy of the foregoing on those parties listed on the Court's Notice of Electronic Filing.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau