**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re*<br>**PECF USS INTERMEDIATE HOLDING II CORP.** [1] Reorganized Debtor. | Case No. 25-23631 (MBK)<br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Remaining Debtor in the above-captioned case.

On September 28, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Order Sustaining Debtor's Objection to Claim #103 Filed by SSS Fence** [Docket No. 100]

- **Notice of Reorganized Debtor's Partial Objection to Claims #58 and #63 of OMJ LLC** [Docket No. 101]

Furthermore, on September 28, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Order Sustaining Debtor's Objection to Claim #103 Filed by SSS Fence** [Docket No. 100]

Furthermore, on September 28, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit E**; and via First Class Mail upon the service list attached hereto as **Exhibit F**:

[*Remainder of page intentionally left blank*]

[1] The last four digits of Reorganized Debtor PECF USS Intermediate Holding II Corporation's tax identification number are 5368. PECF USS Intermediate Holding II Corporation's chapter 11 case was previously jointly administered under the case of United Site Services, Inc., Case No. 25-23630 (MBK). The location of PECF USS Intermediate Holding II Corporation's service address in this chapter 11 case is: 2487 W Navigator Drive, Ste. 300, Meridian, ID 83642.

- **Notice of Reorganized Debtor's Partial Objection to Claims #58 and #63 of OMJ LLC** [Docket No. 101]

Dated: October 8, 2026

*/s/ Esmeralda Aguayo*
Esmeralda Aguayo
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to First Lien Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP | Daniel I. Fisher, Zach Wittenberg, Zachary D. Lanier, Amelia E. Danovitch | dfisher@akingump.com; zwittenberg@akingump.com; zlanier@akingump.com; adanovitch@akingump.com |
| Counsel to First Lien Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP | Scott L. Alberino | salberino@akingump.com |
| Counsel to Tax Appraisal District of Bell County, Calhoun County Appraisal District and The County of Hays, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Jessica L. Cousineau | jparsons@mvbalaw.com; jessica.cousineau@mvbalaw.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Samantha S. Lieb & Jeffrey M. Sponder | Samantha.Lieb2@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Counsel to First Lien Ad Hoc Group | Pashman Stein Walder Hayden P.C. | John W. Weiss, Leah M. Eisenberg, David E. Sklar | jweiss@pashmanstein.com; leisenberg@pashmanstein.com; dsklar@pashmanstein.com |
| Counsel to Colorado County Groundwater Conservation District and Colorado County and Weimar Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Sergio E. Garcia | sgarcia@pbfcm.com |
| Counsel to CastleKnight Master Fund LP | Quinn Emanuel Urqhart & Sullivan, LLP | Benjamin Finestone, Daniel Holzman | benjaminfinestone@quinnemanuel.com; danielholzman@quinnemanuel.com |
| Counsel to CastleKnight Master Fund LP | Rolnick Kramer Sadighi LLP | Richard A. Bodnar, Nicole T. Castiglione | rbodnar@rksllp.com; ncastiglione@rksllp.com |

# Exhibit B

**Exhibit B**

**Master Service List**

**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Samantha S. Lieb & Jeffrey M. Sponder | One Newark Center | Suite 2100 | Newark | NJ | 07102 |
| Counsel to CastleKnight Master Fund LP | Quinn Emanuel Urqhart & Sullivan, LLP | Benjamin Finestone, Daniel Holzman | 295 5th Avenue, 9th Floor | | New York | NY | 10016 |

# Exhibit C

**Exhibit C**
**Affected Claimant Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| SSS Fence | Davis and Goldmark, Inc | mblancarte@dgi1.com |

# Exhibit D

**Exhibit D**

**Affected Claimant Service List**

**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| SSS Fence | Davis and Goldmark, Inc | PO Box 2009 | Riverside | CA | 92516 |

# Exhibit E

**Exhibit E**

**Affected Claimant Service List**

**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| OMJ LLC and OMG LLC | Greenbaum, Rowe, Smith Davis LLP | dbruck@greenbaumlaw.com |
| OMJ LLC and OMG LLC | Roberts Porter, President | porter7714@comcast.net |

# Exhibit F

**Exhibit F**
**Affected Claimant Service List**
**Served via FIrst Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| OMJ LLC and OMG LLC | Greenbaum, Rowe, Smith Davis LLP | David L. Bruck | 99 Wood Avenue South | Iselin | NJ | 08830 |
| OMJ LLC and OMG LLC | Roberts Porter, President | 4141 SE Augusta Way | | Gresham | OR | 97080 |