| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Greenbaum, Rowe, Smith & Davis LLP<br>Metro Corporate Campus One<br>P.O. Box 5600<br>Woodbridge, New Jersey 07095<br>(732) 549-5600<br>dbruck@greenbaumlaw.com<br>Attorneys for creditor, OMJ LLC | |
| In re:<br><br>**PECF USS INTERMEDIATE HOLDING II CORP.,**<br><br>Debtors. | Chapter 11<br><br>**Case No.: 25-23631 (MBK)**<br><br>( |

**ADJOURNMENT REQUEST**

1. I, David L. Bruck,

☒ am the attorney for: Creditor, OMJ LLC and request an adjournment of the following hearing for the reasons set forth below.

Matter: Debtor’s Partial Objection to Claims No. 58 and 63 filed by OMJ LLC
Current hearing date and time: October 29, 2026 at 10:00 a.m.
New date requested: December 3, 20206 at 10:00 a.m.
Reason for adjournment request: - I am away on vacation on October 29, 2026, and the parties are discussing submitting the matter to mediation.

2. Consent to adjournment:

☒ I have the adversary’s consent.

I certify under penalty of perjury that the foregoing is true.

Dated: October 9, 2026

David L. Bruck

COURT USE ONLY:

---

The request for adjournment is

☒ Granted New Hearing date: December 3, 2026 at 10:00 a.m. ☐ Peremptory

☐ Granted over objection(s) New Hearing date:__________________________ ☐ Peremptory

☐ Denied