| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Greenbaum, Rowe, Smith & Davis LLP<br>Metro Corporate Campus One<br>P.O. Box 5600<br>Woodbridge, New Jersey 07095<br>(732) 549-5600<br>dbruck@greenbaumlaw.com<br>Attorneys for creditor, OMJ LLC | |
| In re:<br><br>**PECF USS INTERMEDIATE HOLDING II CORP.,**<br><br>Debtors. | Chapter 11<br><br>**Case No.: 25-23631 (MBK)** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of creditor, OMJ LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: **GREENBAUM, ROWE, SMITH & DAVIS LLP**
99 Wood Avenue South
Iselin, New Jersey 08830
Attention: David L. Bruck, Esq.
Telephone: (732) 476-2442
Telecopy: (732) 549-1881
Email: dbruck@greenbaumlaw.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Attorneys for creditor, OMJ LLC

By:*/s/ David L. Bruck*________________________
David L. Bruck, Esq.

Date: October 13, 2026