**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re*<br>**PECF USS INTERMEDIATE HOLDING II CORP.** [1] Reorganized Debtor. | Case No. 25-23631 (MBK)<br>Chapter 11 |

**NOTICE OF CHANGE OF FIRM ADDRESS**

TO: THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective October 26, 2026, Kurtzman Carson Consultants, LLC dba Verita Global relocated to:

100 N. Pacific Coast Highway
Suite 100
El Segundo, CA 90245
Telephone: (310) 823-9000

Dated: October 26, 2026

KURTZMAN CARSON CONSULTANTS, LLC dba Verita Global

By: /s/ Sarah Harbuck
Sarah Harbuck
Assistant General Counsel
100 N. Pacific Coast Highway
Suite 100
El Segundo, CA 90245
Telephone: (310) 823-9000

[1] The last four digits of Reorganized Debtor PECF USS Intermediate Holding II Corporation's tax identification number are 5368. PECF USS Intermediate Holding II Corporation's chapter 11 case was previously jointly administered under the case of United Site Services, Inc., Case No. 25-23630 (MBK). The location of PECF USS Intermediate Holding II Corporation's service address in this chapter 11 case is: 2487 W Navigator Drive, Ste. 300, Meridian, ID 83642.